Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★        ★ ★ ★



# MEMORANDUM OPINION

No. 04-10-00266-CR

Angela **CALAMACO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From County Court at Law No. 7, Bexar County, Texas
Trial Court No. 224415
Honorable Monica Guerrero, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice

Delivered and Filed:   June 9, 2010

DISMISSED FOR LACK OF JURISDICTION

Appellant appeals from the trial court's order modifying the conditions of her probation.

This court does not have jurisdiction to consider an appeal from an order altering or modifying

probation conditions. *See Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); *see also*

*Quaglia v. State*, 906 S.W.2d 112, 113 (Tex. App.—San Antonio 1995, no pet.).  Accordingly, this

court ordered appellant to show cause why this appeal should not be dismissed for want of

jurisdiction. On May 28, 2010, appellant's counsel filed a response agreeing this court lacked jurisdiction over her appeal. We therefore dismiss the appeal for lack of jurisdiction.


PER CURIAM

DO NOT PUBLISH